■ Richard Greco et al., Appellants, v Luigi Pisaniello et al., Respondents. [30 NYS3d 855]—

Order, Supreme Court, Bronx County (Sharon A.M. Aarons, J.), entered December 1, 2014, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The court properly found that defendants were entitled to summary judgment where plaintiff slipped and fell on the terra cotta-tiled upper landing of a four-step stairway leading to defendants' door, which tiles were wet from a light rain. Mere wetness on a walking surface due to rain does not constitute a dangerous condition (*see McGuire v 3901 Independence Owners, Inc.*, 74 AD3d 434, 435 [1st Dept 2010]; *Grinberg v Luna Park Hous. Corp.*, 69 AD3d 793 [2d Dept 2010]). In opposition, plaintiffs' expert failed to raise a triable issue of fact as to whether the terra-cotta tiles were interior tiles improperly used for an outdoor surface. Finally, no issue of fact was raised by the assertion that the landing lacked a handrail, as plaintiff clearly testified that he never tried to hold on to anything as he fell, because it happened too quickly. Concur—Tom, J.P., Mazzarelli, Andrias, Manzanet-Daniels and Gesmer, JJ.